CR15-00707-PHX-SRB    INITIAL APPEARANCE/ARRAIGNMENT

```
                    UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF ARIZONA

                        _____

United States of America,     )
                              )
          Plaintiff,          )
                              ) CR15-00707-PHX-SRB(MHB)
     vs.                      ) Phoenix, Arizona
                              ) June 11, 2015
Abdu Malik Abdul Kareem,      ) 3:14 p.m.
aka Decarus Thomas            )
                              )
          Defendant.          )
                              )
_____)

  BEFORE:  THE HONORABLE EILEEN S. WILLETT, MAGISTRATE JUDGE
                    TRANSCRIPT OF PROCEEDINGS
                 INITIAL APPEARANCE/ARRAIGNMENT


APPEARANCES:

For the Government:
          U.S. ATTORNEY'S OFFICE
          By: Joseph E. Koehler, Esq.
          40 North Central Avenue, Suite 1200
          Phoenix, AZ  85004

For the Defendant Abdul Malik Abdul Kareem:
          MAYNARD, CRONIN, ERICKSON, CURRAN & REITER, PLC
          By: Daniel D. Maynard, Esq.
          3200 North Central Avenue, Suite 1800
          Phoenix, AZ  85012

Transcriptionist:
Elizabeth A. Lemke
Sandra Day O'Connor U.S. Courthouse, Suite 312
401 West Washington Street, SPC. 34
Phoenix, Arizona  85003-2150
(602) 322-7247

Proceedings Recorded by Electronic Sound Recording
Transcript Produced by Transcriptionist
```

UNITED STATES DISTRICT COURT

**CR15-00707-PHX-SRB    INITIAL APPEARANCE/ARRAIGNMENT**

```
 1                      P R O C E E D I N G S
 2           (Called to the order of court at 3:14 P.M.)
 3              THE CLERK:  Criminal docket 15-707.  United States of
 4    America v. Abdul Malik Abdul Kareem on for an Initial
 5    Appearance and Arraignment.
 6              MR. MAYNARD:  Good afternoon, Your Honor.  Joe
 7    Koehler for the United States.
 8              THE COURT:  Good afternoon, Mr. Koehler.
 9              MR. MAYNARD:  Good afternoon, Your Honor.  Daniel
10    Maynard awaiting appointment for Mr. Abdul Malik Abdul Kareem.
11              THE COURT:  Good afternoon, Mr. Maynard.
12              MR. MAYNARD:  May I approach?
13              THE COURT:  Yes.  Please.
14              The Court has reviewed the Financial Affidavit dated
15    6/11/15.
16              The Court does find based upon the information
17    presented that the defendant is indigent and appoints counsel
18    to represent him.
19              Sir, this is the time and place set for your initial
20    appearance and your arraignment on an Indictment that was
21    filed on June 10, 2015.
22              Counsel, have you had the opportunity to review the
23    charging document with your client?
24              Is his name correct on it?
25              MR. MAYNARD:  I have, Your Honor.  And his name is
```

1  spelled correctly.  The "aka" is not accurate in that he has
2  legally changed his name to Abdul Malik Abdul Kareem.  We
3  would waive reading of the Indictment and ask the Court enter
4  not guilty pleas to all counts.
5             THE COURT:  The Court enters your plea of not guilty,
6  sir, on all claims.  It's ordered setting a deadline of 21
7  days for pretrial motions and it's ordered giving you a trial
8  date, sir.  Your trial date is set for August 4, 2015, at 9:00
9  a.m. and that will be before Judge Bolton.
10            Sir, you have the right to remain silent.
11            Anything you say can be used against you.
12            If you are not a U.S. citizen, you have the right to
13 have a counsel or officer from your country nationality
14 notified that you have been arrested.  Even without your
15 request, however, a treaty or other international agreement
16 may require counselor notification.
17            You have the right to counsel.  If you cannot afford
18 to hire an attorney to represent you, an attorney is appointed
19 for you at no charge.  I have appointed your attorney.  He's
20 standing right next to you.  He'll help you through the entire
21 process from beginning to end at no charge to you, sir.
22            Is the government seeking detention in this matter?
23            MR. KOEHLER:  It is, Your Honor.
24            MR. MAYNARD:  We'd like a detention hearing, Your
25 Honor.

1    THE COURT:  Does June 16th at 4:00 p.m. before Judge
2    Bade work for both of you and is the defendant willing to
3    waive time for that?
4    MR. KOEHLER:  It will, Your Honor.  I won't be here
5    next week.  AUSA Brook will be here in my place.
6    THE COURT:  All right.
7    MR. MAYNARD:  That will work for us, Your Honor.
8    THE COURT:  And does the defendant waive time?
9    MR. MAYNARD:  Yes.
10   THE COURT:  Time having been waived, it's ordered
11   setting the detention hearing for next Tuesday, June 16, 2015,
12   at 4:00 p.m.
13        That's before Judge Bade in Courtroom 304.
14        Sir, your attorney will be back in contact with you
15   and you'll be brought back up to court on June 16th at 4:00
16   p.m. before Judge Bade.
17        Is there anything further for today, gentlemen?
18   MR. KOEHLER:  No, Your Honor.  Thank you.
19   MR. MAYNARD:  No, Your Honor.  Thank you.
20   THE COURT:  Thank you.
21        Sir, you are temporarily detained pending your next
22   hearing.
23        (Proceedings adjourned at 3:18 p.m.)
24                              * * *
25

C E R T I F I C A T E

I, ELIZABETH A. LEMKE, court-approved transcriber, certify that the foregoing is a correct transcript from the official electronic sound recording of the proceedings in the above-entitled matter.

DATED at Phoenix, Arizona, this 17th day of June, 2015.

s/Elizabeth A. Lemke
ELIZABETH A. LEMKE