JOHN S. LEONARDO
United States Attorney
District of Arizona

Kristen Brook
Arizona State Bar No. 023121
kristen.brook @usdoj.gov
Joseph E. Koehler
Arizona State Bar No. 013288
joe.koehler@usdoj.gov
Assistant United States Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR-15-707-PHX-SRB (MHB) |
| Plaintiff, | **NOTICE OF ADMISSIONS AND STATEMENTS PURSUANT TO LOCAL RULE 16.1** |
| v. | |
| Abdul Malik Abdul Kareem, | |
| Defendant. | |

Notice is hereby given, pursuant to Rule 16.1 of the Rules of Practice of the United States District Court for the District of Arizona, that any confessions, admissions and statements disclosed to the defense will be introduced into evidence by the government at the trial in this matter. *See*, *United States v. Hall*, 742 F.2d 1153, 1156 (9th Cir. 1984); *United States v. Long*, 455 F.2d 962, 963 (9th Cir. 1972).

-1-

Respectfully submitted this 25th day of September, 2015.

JOHN S. LEONARDO
United States Attorney
District of Arizona


*s/ Kristen Brook*
Kristen Brook
Joseph E. Koehler
Assistant United States Attorney


**CERTIFICATE OF SERVICE**

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Daniel Maynard.

*s/ Kristen Brook*
Assistant United States Attorney