Daniel D. Maynard, No. 009211
**MAYNARD CRONIN ERICKSON**
**CURRAN & REITER, P.L.C.**
3200 North Central Avenue, Suite 1800
Phoenix, Arizona 85012
(602) 279-8500
dmaynard@mmcec.com

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| United States of America, | No. CR 15-00707-PHX-SRB |
|---|---|
| Plaintiff, | **MOTION TO SEAL EXHIBITS TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE UNLAWFULLY OBTAINED** |
| v. | |
| Abdul Malik Abdul Kareem, | |
| Defendant. | |

Defendant, Abdul Malik Abdul Kareem, by and through his undersigned counsel, moves this Court to seal the exhibits to his Motion to Suppress Evidence unlawfully obtained, specifically, Exhibits 5 - 19 (Exhibit 19 was originally filed under seal). Counsel is under a Protective Order not to release information on witnesses in this matter.

This motion is made in good faith and not for purposes of delay. Local Rule 4.16 requires that any motion submitted for filing in a criminal case must contain a statement as follows: "Excludable delay under 18 U.S.C. § 3161(h)(1)(F) will occur as a result of this motion or of an order based thereon."

RESPECTFULLY SUBMITTED this 19th day of October, 2015.

**MAYNARD CRONIN ERICKSON
CURRAN & REITER, P.L.C.**

By   /s/Daniel D. Maynard
       Daniel D. Maynard
       3200 North Central Ave., Suite 1800
       Phoenix, Arizona 85012
       Attorneys for Defendant

**ORIGINAL** of the foregoing e-filed this
19th day of October, 2015

By   /s/Stacey Tanner

- 2 -