**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America, | No. CR 15-00707-PHX-SRB |
| Plaintiff, | **ORDER SEALING EXHIBITS TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE UNLAWFULLY OBTAINED** |
| v. | |
| Abdul Malik Abdul Kareem | |
| Defendant. | |

Upon motion of Defendant, Abdul Malik Abdul Kareem, and good cause appearing, IT IS ORDERED that the Exhibits to the Defendant's Motion to Suppress Evidence Unlawfully Obtained be filed under seal.

Excludable delay under 18 U.S.C. §3161(h), is found to commence _____ for a total of _____ days.