Kristen Brook
Arizona State Bar No. 023121
kristen.brook @usdoj.gov
Joseph E. Koehler
Arizona State Bar No. 013288
joe.koehler@usdoj.gov
Assistant United States Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-15-707-PHX-SRB (MHB) |
|---|---|
| Plaintiff, | **NOTICE OF OTHER ACTS EVIDENCE TO BE OFFERED PURSUANT TO RULE 404(b)** |
| v. | |
| Abdul Malik Abdul Kareem, | |
| Defendant. | |

The United States of America, through undersigned counsel, respectfully provides notice of its intent to offer evidence pursuant to Federal Rule of Evidence 404(b).

The government respectfully submits the following acts constitute evidence of the existence of a conspiracy, defendant Abdul Malik Abdul Kareem's participation in the conspiracy, the purposes of the conspiracy, and duration of the conspiracy. In an abundance of caution, however, the government provides notice of its intent to offer evidence of those acts pursuant to Federal Rule of Evidence 404(b).

1. On or about July 20, 2012, Kareem possessed a Lenovo 0768 laptop and a Memorex 2GB "flash" drive (removable computer storage media). The laptop and flash drive both contained a document known as the "GIMF Security and Intelligence Course, which provides advice on tradecraft and operational security to avoid detection by law enforcement authorities. In addition, the flash drive contained the following documents:

(1) Civil Democratic Islam (PDF), (2)    A Treatise on the Legal Status of Using Weapons of Mass Destruction Against Infidels by Sheikh Nasir Bin Hamad al-Fahd (PDF), (3) The Rageh Omaar Report – From Minneapolis to Mogadishu (mp4), (4) Training that makes killing civilians acceptable (mp4), (5)  When the Terrorists were Freedom Fighters (mp4), (6) Inspire Magazine Issue 8, (7) Inspire Magazine Issue 9,[1] and (8) An article from the extremist website Unjust Media, "The Ruling on Dispossessing the Disbelievers Wealth in Dar al-Harb."   On January 24, 2014, Kareem signed a returned property receipt for the laptop and flash drive.

2.     On dates between February 2014 and May 1, 2015, along with Elton Francis Simpson aka "Ibrahim," and Nadir Hamid Soofi, Kareem watched videos depicting violence and apparent wartime footage in Syria and elsewhere in the Middle East.

3.     On dates between February 2014 and May 1, 2015, along with Elton Francis Simpson aka "Ibrahim," and Nadir Hamid Soofi, Kareem watched videos depicting torture and executions perpetrated by individuals and groups purportedly acting on behalf of the Islamic State, aka ISIL, aka ISIS, and other violent Islamic extremist groups.

3.     On dates between February 2014 and May 1, 2015, along with Elton Francis Simpson aka "Ibrahim," and Nadir Hamid Soofi, Kareem listened to and watched videos of "nasheeds," which are inspirational Islamist songs.  The videos accompanying

[1] Inspire 8 and 9 were published on pro al-Qa'ida websites on or about May 2, 2012.  They were the first issues published since the deaths of Anwar al-Awlaki and Samir Khan on or about September 30, 2011. Both issues sought to inspire jihad in the English-speaking world and provided step-by-step guides regarding how to conduct attacks in the west.  Inspire 9 provided instructions for constructing a "firebomb," a small improvised incendiary device that the article claimed would have a destructive economic and psychological impact as well as cause the loss of life. The article included a graphic titled "a diagram showing the combustible areas in the U.S." that highlighted Arizona.

the "nasheeds" depicted people wearing black masks and head scarves riding in trucks with black flags mounted on them and shooting rifles.

4.    On dates between February 2014 and May 1, 2015, Kareem witnessed Simpson "tweet" and use social media to communicate about ISIL and other Islamic jihadists, and to communicate to ISIL representatives and other Islamic jihadists.

5.    On or about November 10, 2014, Kareem opened a bank account with $10,000 in cash.  Three days later, on November 13, 2014 Kareem withdrew $5,000 in cash.

6.    On a date between February 2014 and March 2015, Kareem told another individual that he had killed a man before.

7.    On or about April 6, 2015, Kareem was involved in a purported car / pedestrian accident in which Kareem claimed he was struck by a car in a parking lot. Simpson and another friend of Kareem's were the only eyewitnesses.  One of the articles referenced above, "The Ruling on Dispossessing the Disbelievers Wealth in Dar al-Harb," advocated theft and fraud to obtain funding for jihad.

Respectfully submitted this 19th day of October, 2015.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/Joseph Koehler*
KRISTEN BROOK
JOSEPH E. KOEHLER
Assistant U.S. Attorneys

- 3 -

**CERTIFICATE OF SERVICE**

I hereby certify that on the 19th day of October, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that true and accurate copies have been transmitted electronically to counsel for the defendant via the ECF system.

**Daniel Maynard, Attorney for Defendant**

By: */s Joseph E. Koehler*
Joseph E. Koehler
Assistant U.S. Attorney