JOHN S. LEONARDO
United States Attorney
District of Arizona

Kristen Brook
Arizona State Bar No. 023121
kristen.brook @usdoj.gov
Joseph E. Koehler
Arizona State Bar No. 013288
joe.koehler@usdoj.gov
Assistant United States Attorneys
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: 602-514-7500
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-15-707-PHX-SRB (MHB) |
| Plaintiff, | |
| v. | **RESPONSE TO DEFENDANT'S MOTION TO SEAL EXHIBITS** |
| Abdul Malik Abdul Kareem, | |
| Defendant. | |

The United States, through undersigned counsel, respectfully informs the Court that the government concurs with the Court's analysis set forth in the Court's October 23, 2015, Order (CR 111), regarding the defendant's Motion to Seal Exhibits (CR 101). The government does not request to seal Exhibits 5 through 19 and does not request any redactions beyond those suggested by the Court in the aforementioned Order.

Respectfully submitted this 30 day of October, 2015.

JOHN S. LEONARDO
United States Attorney
District of Arizona

*/s Joseph E. Koehler*

_____
JOSEPH E. KOEHLER
Assistant U.S. Attorney

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 30 day of October, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and that true and accurate copies have been transmitted electronically to counsel for the defendant via the ECF system.

Daniel Maynard, Attorney for Defendant

By:  */s Joseph E. Koehler*
          Joseph E. Koehler
          Assistant U.S. Attorney