# Exhibit 1



**MARK BRNOVICH**
**ATTORNEY GENERAL**

**OFFICE OF THE ARIZONA ATTORNEY GENERAL**
**CRIMINAL DIVISION**

November 3, 2015

Joseph E. Koehler
Assistant U.S. Attorney
District of Arizona
40 North Central
Suite 1200
Phoenix, Arizona 85004

      Re:    State vs. Abubakar Ahmed

Dear Mr. Koehler:

I am writing this letter to confirm that there is an ongoing criminal investigation involving Abubakar Ahmed. The Office of the Arizona Attorney General is reviewing the actions and evidence related to the investigation of Abubakar Ahmed for potential violations of Arizona law, specifically, the following crimes: Fraudulent Schemes and Artifices, Fraudulent Schemes and Practices, Taking the Identity of Another Person or Entity, and Forgery. These potential criminal violations are based on information obtained during the investigation that suggests that Abubaker Ahmed, with the intent to defraud, falsely created a degree diploma from Arizona State University. The evidence review includes several computers that were seized during a search warrant executed at Abubaker Ahmed's residence on July 20, 2012, by the Arizona State University Police Department. It was later discovered that one of these computers may have belonged to Abdul Malik Abdul Kareem, formerly known as Decarus Thomas. This computer may contain evidence pertaining to the ongoing criminal investigation of Abubakar Ahmed by the State of Arizona.

Any charging decision by the Arizona Attorney General's Office regarding Abubaker Ahmed will be made independently and irrespectively to any pending federal charges against Abdul Malik Adbdul Kareem.

Sincerely,

Scott W. Blake
Assistant Attorney General
Criminal Division – Fraud and Special Prosecutions

#4514437 - FORM