# EXHIBIT 1



**U.S. Department of Justice**

United States Attorney
District of Arizona

| | | |
|---|---|---|
| Two Renaissance Square | Main: | (602) 514-7500 |
| 40 N. Central Ave., Suite 1200 | Criminal Fax: | (602) 514-7650 |
| Phoenix, AZ 85004-4408 | Main Office Fax: | (602) 514-7693 |

August 3, 2015

Daniel Maynard
3200 N. Central Ave., Suite 1800
Phoenix, AZ 85012

Re:    *United States v. Abdul Malik Abdul Kareem*
       CR15-0707-PHX-SRB

Dear Mr. Maynard:

        Enclosed please find twenty five (25) discs of discovery for the above referenced matter consisting of:

1. Bates #1; 5/20/15-Interview with C. O. (Juvenile)
2. Bates #2; 5/20/15-Interview with J. O. (Juvenile)
3. Bates #3; 5/22/15-Interview with Sergio Martinez-Chavez, Disc #1
4. Bates #4; 5/22/15-Interview with Sergio Martinez-Chavez, Disc #2
5. Bates #5; 5/23/15-Interview with Sergio Martinez-Chavez, Disc #1
6. Bates #6; 5/23/15-Interview with Sergio Martinez-Chavez, Disc #2
7. Bates #7; 5/26/15-Interview with Nicole Medellin, Disc #1
8. Bates #8; 5/26/15- Interview with Nicole Medellin, Disc #2
9. Bates #9; 6/8/15-Interview G. M-C. (Juvenile), Disc #1 (Audio)
10. Bates #10; 6/8/15-Interview G. M-C. (Juvenile), Disc #2 (Video/Audio)
11. Bates #11; 6/10/15-Interview with Abdul Malik Abdul Kareem
12. Bates #12; 6/10/15-Interview with Abdullah Mubarak, Disc #1
13. Bates #13; 6/10/15-Interview with Abdullah Mubarak, Disc #2
14. Bates #14; 6/11/15-Interview with James Sampson Jr.
15. Bates #15; 6/25/15-Interview with James Sampson Jr.
16. Bates #16; Garland, Texas-May 3, 2015, Scene Photos #1
17. Bates #17; Garland, Texas-May 3, 2015, Scene Photos #2
18. Bates #18; Garland, Texas-May 3, 2015, Scene Photos #2.5
19. Bates #19; Garland, Texas-May 3, 2015, Scene Photos #3
20. Bates #20; Wittman, AZ-Photos Taken 5/22/15
21. Bates #21; Moving Truck Search-Photos 6/10/15

**U.S. Department of Justice**

United States Attorney
District of Arizona

| | | |
|---|---|---|
| Two Renaissance Square | Main: | (602) 514-7500 |
| 40 N. Central Ave., Suite 1200 | Criminal Fax: | (602) 514-7650 |
| Phoenix, AZ 85004-4408 | Main Office Fax: | (602) 514-7693 |

August 28, 2015

Daniel Maynard
3200 N. Central Ave., Suite 1800
Phoenix, AZ 85012

Re:     *United States v. Abdul Malik Abdul Kareem*
        CR15-0707-PHX-SRB

Dear Mr. Maynard:

Please find the government's supplemental disclosure (see enclosed 14 CD's) regarding the above referenced matter consisting of:

1. Bates #212; The Hereafter-Anwar al-Awlaki
2. Bates #213; Isuzu-Awlaki
3. Bates #214; Prophet's Seerah-CD 1 of 2
4. Bates #215; Prophet's Seerah-CD 2 of 2
5. Bates #216; 5/7/15-Interview with Stefan Verdugo
6. Bates #217; 5/8-10/15-Telephone recording between CHS & Malik
7. Bates #218; 5/12/15-Telephone recording between source and Malik
8. Bates #219; 5/14/15-Telephone recording between CHS and Malik
9. Bates #220; 5/15-16/15-Telephone calls with Abdul Malik & CHS
10. Bates #221; 5/15/15-Body recording of source, Stefan Vedugo, Billy Eldridge, Abdul Malik & Others
11. Bates #222; 5/18/15-Telephone recording of a voice message left by Malik
12. Bates #223; Interview with Billy Ferguson 6/4/15 #1 recorder
13. Bates #224; Interview with Billy Ferguson 6/4/15 #2 recorder
14. Bates #225-309; FBI Reports

Pursuant to Rule 16.1 of the Rules of Practice of the United States District Court for the District of Arizona and Rule 16(a)(1)(A) of the Federal Rules of Criminal Procedure I am providing you with copies of all written or recorded statements made by the defendant to law enforcement officers while in custody or after arrest, which this office now has in its possession, (see enclosed discovery). This includes the substance of any oral statements made by the defendant, whether before or after arrest in response to interrogation by any person then known

Daniel Maynard, Esq.
Page 2
August 28, 2015

to the defendant to be a government agent. It does not necessarily include any statements or declarations made during the commission of the offense alleged in the information. This letter will serve as notice of the government's intent to use the defendant's statements at trial.

Pursuant to Rule 404(b) of the Federal Rules of Evidence I am providing you with discovery in my possession (if any) related to other acts on the part of the defendant which might be relevant to the charges in this case. This letter will serve as notice of the government's intent to use such evidence at trial.

Pursuant to Rule 16(a)(1)(B), I am providing you with information relating to the defendant's prior criminal record. If additional information is received by this office it will be provided to you.

If you have any discovery requests pursuant to Rule 16(a)(1)(C) and (D), please call me to make arrangements to come to my office and see the other physical evidence referred to in the enclosed discovery material (if any).

Please consider this letter a request by the government for reciprocal discovery pursuant to Rule 16(b)(1)(A) and (B) of the Federal Rules of Criminal Procedure. I request permission to inspect and copy or photograph any books, papers, documents, photographs, tangible objects, or copies or portions thereof, which are in your possession, custody, or control, and which you intend to introduce as evidence in chief at trial.

Additionally, since I have furnished you with discovery in excess of Rule 16, I would request that you furnish me with reports of interviews that you obtain during your investigation.

I also request permission to inspect and copy or photograph any results or reports of physical or mental examinations and of scientific tests or experiments made in connection with the case, or copies thereof, within your possession, custody, or control, which you intend to introduce as evidence in chief at trial or which were prepared by a witness whom you intend to call at trial.

I call your attention to provisions of Rules 12.1 and 12.2 of the Federal Rules of Criminal Procedure with respect to the defenses of alibi and mental capacity. Failure to comply with the time limits of those rules may result in a refusal by the court to permit testimony in support of those defenses.

Pursuant to Rule 12.1 of the Federal Rules of Criminal Procedure, the government hereby demands that the defendant serve upon the undersigned, a written notice of intention to offer an alibi defense within ten days of the receipt of this letter. Please include in your response a specific place or places you client claims to have been, as well as the names and addresses of any witnesses upon whom you intend to rely to establish the alibi. The government hereby states that the offense was committed on the date set forth in the charging document, and that the offense was committed at the location indicated in the discovery materials.

Daniel Maynard, Esq.
Page 3
August 28, 2015

Your attention is called to paragraph (C) of Rule 16 of the Federal Rules of Criminal Procedure, which states as follows:

If, prior to or during trial, a party discovers additional evidence or material previously requested or ordered, which is subject to discovery or inspection under this rule, he shall promptly notify the other party or his attorney or the court of the existence of the additional evidence or material.

Sincerely,

JOHN S. LEONARDO
United States Attorney
District of Arizona

Kristen J. Brook
Assistant United States Attorney



**U.S. Department of Justice**

United States Attorney
District of Arizona

| | | |
|---|---|---|
| Two Renaissance Square | Main: | (602) 514-7500 |
| 40 N. Central Ave., Suite 1200 | Criminal Fax: | (602) 514-7650 |
| Phoenix, AZ 85004-4408 | Main Office Fax: | (602) 514-7693 |

October 13, 2015

Daniel Maynard
3200 N. Central Ave., Suite 1800
Phoenix, AZ 85012

Re:   *United States v. Abdul Malik Abdul Kareem*
      CR15-0707-PHX-SRB

Dear Mr. Maynard:

Please find the government's supplemental disclosure (see enclosed 50 CD's and one external hard drive) regarding the above referenced matter consisting of:

1. Bates #312-382; ROI's #7, 29, 59 & 89-116
2. Bates #383; Isuzu Tracking 5/12/15-6/11/15
3. Bates #384; 6/10/15; Photos of Hyman's residence
4. Bates #385; 5/5/15; Recording w/ Abdul Malik
5. Bates #386; 5/10/15; Recording Verdugo, Eldridge, Malik, & others unknown
6. Bates #387; 5/28-29/15; Telephone Records
7. Bates #388; 5/15-16/15; Body Recording with FNU LNU
8. Bates #389; Simpson CDs Walgreens Camera, Twitter Pres. Ltr Simpson; Discovery 3, 4, 5
9. Bates #390; 5/4/15; Photos of 13850 N. 19th Ave., #219, Phoenix, AZ
10. Bates #391; 6/4/15; 15-8302MB; Google gitrdonemoving@gmail.com
11. Bates #392; 6/29/15; 15-9154MB; Google gitrdonemoving@gmail.com
12. Bates #393; 15-8218MB; Tru-quran@yahoo.com
13. Bates #394; 15-8217MB; ibrahimibrahim602@gmail.com
14. Bates #395; 15-8221MB; baby-ive@yahoo.com
15. Bates #396; 6/2/15; 15-9156MB; hymanabdulkhabir4@gmail.com
16. Bates #397; 15-8224MB; Pen Register; for 267-507-8384
17. Bates #398; CenturyLink; FGJ #15-03-184/185/186
18. Bates #399; Geico Records; FGJ #15-03-97
19. Bates #400; Financial Records ; FGJ #15-03-64/74/76/78/81/92/96/98
20. Bates #401; Financial Records ; FGJ #15-03-71/72/73/127/203/237/239
21. Bates #402; Ebay/PayPal Results; FGJ #15-03-238

Daniel Maynard, Esq.
Page 2
October 13, 2015

22. Bates #403; Sprint; FGJ #15-03-120
23. Bates #404; 15-7362MB; Location for 267-507-8384
24. Bates #405; 15-8232MB; Location 623-204-7295
25. Bates #406; Pen Register for 623-204-7295
26. Bates #407; 5/12/15-Interview w/ Abdul Malik aka Decarus Thomas
27. Bates #408; 5/4/15-Interviw w/ Crystal Avery (primarily) & Ali Hamid Soofi
28. Bates #409; 5/4/15-Invterview w/ Ali Hamid Soofi (primarily) & Crystal Avery
29. Bates #410; 5/6/15-Interview between Karen Blackwell & Nathaniel Soofi (juvenile)
30. Bates #411; 5/22/15-Interview w/ Ali Soofi in Kansas
31. Bates #412; 6/10/15-Interview w/ Hakeem Simpson
32. Bates #413; The Hereafter; Volume 1, CD 1
33. Bates #414; The Hereafter; Volume 2, CD 1
34. Bates #415; The Hereafter; VIII, CD 2
35. Bates #416; The Hereafter; Volume 2, CD 2
36. Bates #417; The Hereafter; Volume 2, CD 3
37. Bates #418; The Hereafter; Volume 2, CD 4
38. Bates #419; The Hereafter; Volume 2, CD 5
39. Bates #420; The Hereafter; Volume 2, CD 6
40. Bates #421; The Hereafter; Volume 2, CD 7
41. Bates #422; The Hereafter; Volume 2, CD 8
42. Bates #423; The Hereafter; Volume 2, CD 9
43. Bates #424; The Hereafter; Volume 2, CD 10
44. Bates #425; The Hereafter; Volume 2, CD 12
45. Bates #426; The devils deception…
46. Bates #427; The devils deception of the Saudi Salafis; Part I
47. Bates #428; The devils deception of the Saudi Salafis; Part II
48. Bates #429; Fire of the Goldsmith
49. Bates #430; Newsletter
50. Bates #431-435; 10/8/15-FBI Laboratory Report; Malik Firearms and Cartridges Casings
51. Bates #436; WD External Drive; 1TB

This disclosure pertains to discovery within the government's possession and control as of the date of this letter. As consistent with the Court's August 13, 2015 Order, if additional records are discovered by, or disclosed to, the government during pretrial preparation or otherwise, pursuant to Rule 16(c), Fed. R. Crim. P., the government shall promptly disclose any additional documentary evidence or materials to the defense as soon as practicable after such disclosure or discovery occurs. The government is anticipating additional forensic reports and expert reports in this case, and the government will promptly disclose any additional

Daniel Maynard, Esq.
Page 3
October 13, 2015

documentary evidence or materials to the defense as soon as the government receives such evidence, consistent with our standard practice and as ordered by the Court in this case.

These discs are not encrypted and no password is required.

Thank you for your cooperation.  Please call or email me with any questions or concerns.

Sincerely,

JOHN S. LEONARDO
United States Attorney
District of Arizona

*s/Kristen Brook*
Kristen J. Brook
Assistant United States Attorney