UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

WITNESS LIST - CRIMINAL

/ XX /Motion to Suppress    /____/Non-Jury Trial    /____/ Jury Trial    Judge Code: 7026

USA vs. Kareem, Abdul Malik Abdul          CR  15  -  707  -  01
        Last Name  First Name  Middle Initial        Year    Case Nr    Deft Nr

/X/ GOVERNMENT                              /___/ DEFENDANT

| NAME | G/ | DATE SWORN | APPEARED |
|---|---|---|---|
| FBI Special Agent Mario Calbone | G | 11-20-15 | 11-20-15 |
| FBI Special Agent John M. Chiappone (out of the country – in Paris, France on work assignment) | G | 12-29-15 | 12-29-15 (VTC) |
| FBI Special Agent ~~Jeff~~ Jeffrey Evans (tentative) | G | 11-20-15 | |
| FBI Special Agent Robert J. Meshinsky (tentative) | G | 11-20-15 | 11-20-15 |
| FBI Task Force Officer Jeffrey Nash | G | 11-20-15 | 11-20-15 |
| FBI Special Agent Brian Taylor | G | 11-20-15 | 11-20-15 |
| FBI Intelligence Specialist Amy Vaughan (tentative) | G | 11-20-15 | 11-20-15 |
| FBI Special Agent Stewart Whitson (out of the country) | G | 11-24-15 | 11-24-15 |
| Daniel Hermann | G | 11-24-15 | 11-24-15 |

X FILED ___ LODGED
___ RECEIVED ___ COPY
DEC 29 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY