UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

WITNESS LIST - CRIMINAL

```
FILED ___  LODGED ___
RECEIVED ___  COPY ___
DEC 2 9 2015
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

/X/ Motion to Suppress     /__/ Non-Jury Trial     /__/ Jury Trial     Judge Code: 7026

USA vs. Abdul Kareem  Abdul  Malik                    CR 15 - 0707 -PHX-SRB

    Last Name    First Name    Middle Initial    Year    Case Nr    Deft Nr

/__/ GOVERNMENT                   /X/ DEFENDANT

| NAME | G/D | DATE SWORN | DATE APPEARED |
|---|---|---|---|
| Ahmed, Abubaker | | | |
| Herrmann, Corporal Dan | | | |
| Nash, Jeffery | | | |
| Whitson, Stewart | | | |
| 30(b)(6) FBI forensic examiner | | | |
| 30(b)(6) FBI forensic examiner | | | |
| 30(b)(6) FBI employee | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Rev. 3/26/98