Daniel D. Maynard, No. 009211
**MAYNARD CRONIN ERICKSON**
**CURRAN & REITER, P.L.C.**
3200 North Central Avenue, Suite 1800
Phoenix, Arizona 85012
(602) 279-8500

Attorneys for Defendant

### UNITED STATES DISTRICT COURT

### DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Abdul Malik Abdul Kareem,<br><br>　　　　　　Defendant. | No. CR 15-00707-PHX-SRB<br><br>**DEFENDANT'S SUPPLEMENTAL NOTICE OF INTENT TO INTRODUCE EXPERT WITNESS TESTIMONY** |

Defendant, Abdul Malik Abdul Kareem ("Mr. Abdul Kareem"), by and through undersigned counsel, pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, gives supplemental notice of his intent to use expert witness testimony under Rules 702, 703, or 705 of the Federal Rules of Evidence at trial.

　　1.　　Lonnie Dworkin (listed on initial notice as an electronic device analyst)

Mr. Abdul Kareem intends to introduce factual and expert testimony regarding the forensic analysis of electronic devices and analysis of the location of these devices based on historical records, including cell phone locations and access and analysis of the electronic data contained on cellular phones, GPS devices, and computers associated with Mr. Abdul Kareem and his alleged co-conspirators to show when and how often they met and where. Mr. Dworkin's CV will be disclosed under separate cover.

　　2.　　Ahmad Al-Alkoum is the executive director of the Islamic Community Center of Tempe and if called, he will testify about the Islamic Community in the Phoenix, Arizona metropolitan area and how their center deals with radicalized Muslims. He will speak in general terms about the Islamic religion and the Islamic Community in the Phoenix area and

will speak of the general knowledge of the Mohammed Drawing Contest that took place in Garland, Texas in May 2015.

3. Deedra Aboud is a Muslim lawyer and activist in Maricopa County. She will speak generally about her knowledge of Islam and the Mohammed Drawing Contest that took place in Garland, Texas in May 2015. She will speak about the Islamic Community in Maricopa County.

4. Iman Mahmoud Sulaiman is the Iman at Islamic Community Center of Phoenix. He will speak about the history and philosophy of Islam and a brief background on Islam, plus knowledge of the Mohammed Drawing Contest in Garland, Texas, and the Muslim Community in Maricopa County.

RESPECTFULLY SUBMITTED this 8th day of February, 2016.

**MAYNARD CRONIN ERICKSON CURRAN & REITER, P.L.C.**

By /s/Daniel D. Maynard
   Daniel D. Maynard
   3200 North Central Avenue, Suite 1800
   Phoenix, Arizona 85012
   Attorney for Defendant

**ORIGINAL** of the foregoing e-filed this 8th day of February, 2016 via ECF with:

Clerk of the Court
United States District Court
401 W. Washington
Phoenix, AZ 85003

**COPY** of the foregoing e-delivered this 8th day of February, 2016, via ECF to:

Kristen Brook
Joseph E. Koehler
US Attorneys Office
2 Renaissance Square
40 N. Central Ave., Ste. 1200
Phoenix, AZ 85004-4408
Attorneys for Plaintiff

/s/G. Sipe