UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

WITNESS LIST - CRIMINAL

/_____/Motion to Suppress            /_____/Non-Jury Trial            /__X___/ Jury Trial
                                      Judge Code:___7026____

USA   vs.   Abdul Malik Abdul Kareem            CR 15-0707 -01
Last Name      First Name    Middle Initial      Year       Case Nr      Deft Nr

            /_X_/ GOVERNMENT                                              /____/ DEFENDANT

| NAME | G / D | DATE SWORN | DATE APPEARED |
|---|---|---|---|
| Robert Abke | | | |
| Sayeda Ahmadi | | | |
| Jesse Basham | | | |
| Tabbatha Banayat | | | |
| James Bradley Bell | | | |
| Robert Byrne | | | |
| Mario Calbone | | | |
| Icel Cavis | | | |
| John Chiappone | | | |
| Rimon Dahdal | | | |
| June Drake | | | |
| Kelli Edmiston | | | |
| Jeffrey Evans | | | |

| | | | |
|---|---|---|---|
| Karen Favors | | | |
| Billy Ferguson | | | |
| Antoine Frazier | | | |
| Boyd Geiger | | | |
| Laurie Gibbs | | | |
| Karem Gonzalez | | | |
| Hilda Graulau | | | |
| Matthew Gunty | | | |
| William Hanchack | | | |
| Clint Hemberg | | | |
| Richard Henderson | | | |
| Ofc. Brandon Hernandez | | | |
| Mustafa Hussan | | | |
| Waseem Hyman | | | |
| Matthew Jenkins | | | |
| Rodney Jiggetts | | | |
| Bruce Joiner | | | |
| Stephen Kent | | | |
| Kevin Killagrew | | | |
| Stephanie Kochera | | | |

| | | | |
|---|---|---|---|
| Evan Kohlmann | | | |
| Kristin Lee | | | |
| Michael Lum | | | |
| Jarrett MacMaster | | | |
| Brian Marlow | | | |
| G.C. | | | |
| Sergio Martinez Chavez | | | |
| Nicole Medillin | | | |
| Robert Meshinsky | | | |
| Sarah Mikulewicz | | | |
| Ofc. C. Mittendorf | | | |
| Nicole Mott | | | |
| Abdullah Mubarak | | | |
| Ahmed Mubarak | | | |
| Jeffrey Nash | | | |
| Gregory Neville | | | |
| Ofc. L.R. Orman. | | | |
| J.O. | | | |
| C.O. | | | |
| Amber Pluff | | | |

| | | | |
|---|---|---|---|
| Sean Raper | | | |
| Charles Richardson | | | |
| Jason Saitta | | | |
| Mark Sedwick | | | |
| Robert Shepard | | | |
| Andrew Smith | | | |
| Ali Soofi | | | |
| N.S. | | | |
| Ofc. Gregory Stevens | | | |
| Catherine Slawson | | | |
| Timothy Smylie | | | |
| Charles Stanley | | | |
| Dianna Strain | | | |
| Russell Tarabour | | | |
| Amy Vaughan | | | |
| Stephan Verdugo | | | |
| Lorenzo Vidino | | | |
| Stewart Whitson | | | |
| Twitter Custodian of Records | | | |
| T-Mobile Custodian of Records | | | |

| | | | |
|---|---|---|---|
| Sprint Custodian of Records | | | |
| Surespot – Custodian of Records | | | |
| | | | |
| | | | |
| | | | |
| | | | |