**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CRIMINAL MINUTES**

Phoenix Division

 **CR 15 /  00707  /  1 PHX SRB**      DATE: 2-8-16
Year    Case No.    Dft #

U.S. DISTRICT JUDGE: SUSAN R. BOLTON

USA v.    Kareem, Abdul Malik Abdul
        Last Name       First Name       Middle Initial
DEFENDANT: X Present_  Not Present  _ Released X Custody  __Writ

Deputy Clerk: Maureen Williams     Court Reporter Liz Lemke

U.S Attorney:    Kristen Brook and Joseph Koehler      Defense counsel:  Daniel Maynard and Mary Plomin
                                               _ AFPD   X   Appointed _ Retained

Interpreter:_       Language:_
===============================================================================
**PROCEEDINGS**:   X  Open Court    _ SEALED

10:05 a.m.  This is the time set for Final Pretrial Conference re: February 16, 2016, Trial.  Discussion held regarding the parties' disclosures of documents.  Regarding Government's expert witness Evan Kohlmann, Government's counsel advises the Court that Mr. Kohlmann's report will be provided to Defense counsel as soon as the draft is finalized.  Government's counsel will also be disclosing the handwriting expert and handwriting forensic reports to Defense counsel this week.

The parties' Joint Proposed Jury Questionnaire [Doc. 183] is discussed.  The Court directs counsel to revise the questionnaire as discussed in open court this date and e-mail the revised questionnaire to chambers no later than **10:00 a.m., February 9, 2016.**  Any questionnaire must also include the parties' witness lists and the trial schedule.  After the questionnaire is approved counsel are to file the revised questionnaire on the court docket, as well any additional proposed voir dire questions counsel wish the Court to utilize during the voir dire process.  Discussion held regarding the procedure by which the jury panel will complete the questionnaire on February 16, 2016.  Voir dire and trial procedures are discussed.

Regarding Government's counsel's request to display photographs during opening statements, counsel is directed to provide the photographs to Defense counsel and may display any photograph to which there is no objection.

CR-15-00707-1-PHX-SRB
USA v. Kareem
Page 2

Government's counsel will be taking a photograph of each witness who had testified and copies will be provided to the jury.  Counsel stipulate to a jury of 16 and counsel will advise the Court the day of trial the method by which the alternates will be chosen.

The parties' final exhibit and witness lists are discussed.

Reading of the Indictment is discussed.  Counsel are to advise the Court no later than **Noon, February 12, 2016,** whether counsel wish to have the Indictment read or if counsel will be proposing an alternative.

11:19 a.m.  Court is adjourned.