X FILED         ___ LODGED
___ RECEIVED    ___ COPY

MAR 1 7 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) CR 15-00707-1-PHX-SRB |
| Plaintiff, | ) |
| vs. | ) Juror Question During Deliberations/Court's Written Answer |
| Abdul Malik Abdul Kareem, | ) [Redacted] |
| Defendant. | ) |

3/16/16

CR 15-707 PHX SRB
USA v. Kareem

**Question:**

If Kareem provides weapons to Simpson and/or Soofi before, the Conspiracy to attack Garland, but later learns of the conspiracy, is this "actively" facilitating the Conspiracy.

ANSWER: NO.

Susan R Bolton
3/16/16 at Noon