FILED ____ LODGED
____ RECEIVED ____ COPY

MAR 1 7 2016

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 15-00707-1-PHX-SRB |
| Plaintiff, | |
| vs. | Jury Questions During Deliberations/Court's Written Answers |
| Abdul Malik Abdul Kareem, | |
| Defendant. | |

3·11-16

CR-15-0707-PHX-SRB
United States v. Kareem

## Question:

Will the Jury be Able To have a
copy of the Trial Transcript?

3·11-16

No.  You must rely on your own memories and notes of what witnesses said.  The lawyers had the court reporter prepare some portions of the testimony of some witnesses.  There is not a full trial transcript available.

Susan R Bolton
3/11/16 at 4:00 pm

3-15-16

CR 15-707 PHX SRB
USA v. Kareem

## Question:

Count 2 clarification:

Is it required that we find both "firearm and ammunition" or is just one sufficient for guilt — either firearm or ammunition?

You may find either firearms or ammunition or both.  If you find either firearms or ammunition but not both, the jury must be unanimous as to which it found.  I will give you a new verdict form for Count 2 to make this clear.

Susan R Bolton
3/15/16 at 9:50AM

3/15/16

CR-15-0707-PHX-SRB
United States v. Kareem

## Question:

Count 1 Also States "And" can this be

Clairified

Answer:
Count 1 can also be either or both
firearms and ammunition.

Susan R Bolton

3/15/16 at 10:10 AM

3/15/16

CR-15-0707-PHX-SRB
United States v. Kareem

## Question:

THE WORDING on The verdict sheet differs From The Jury INSTRUCTIONS anan which may Change The interpretation of The counts. Example on Count 3 several alleged false statements "TIED "on or about may 5" To the statements however I does not.

Additionally, on the INSTRUCTIONS There are 3 Lead in statements that dont appear on The verdict sheet.

how shall we proceed? Which document should we adhere to.?

thank you.

The government accuses the defendant of making 4 false statements when he was interviewed by Agent Whitson and Detective Nash on May 5, 2015 at the FBI office in Phoenix.  The government is required to prove the 3 elements stated on page 23 of the instructions beyond a reasonable doubt.  The 4 alleged false statements are listed in the instruction because the government must prove at least one of these as part of the first element.  They are also listed on the verdict form because you must agree unanimously on any false statement you find was made.

Susan R Bolton
3/15/16 at 11:20 AM

3/16/16

CR-15-0707-PHX-SRB
United States v. Kareem

## Question:

1. Requesting letters from To Sabir Nurse
   No letters to Sabir Nurse were
   admitted in evidence

2. Cart of Exhibits
   delivered

3. Once we reach the verdict will we reconvene
   in the Court the same day or the following

   day?   Same day.

Susan R Bolton
3/16/16 at 9:20 AM

Case 2:15-cr-00707-SRB    Document 290    Filed 03/17/16    Page 10 of 14

3/16/16

CR-15-0707-PHX-SRB
United States v. Kareem

**Question:** Clarification

For count 1 ~~does~~ does the Conspiracy To Transport Firearms and Ammunition ~~mean~~ mean ~~this~~ The purchase of guns or ammunition From outside of AZ <u>or</u> The ~~transport~~ of guns/firearms and Ammunition To garland TX ~~constitute~~ To Commit A felony?

Answer: The transport of guns/firearms and ammunition to Garland TX to commit a felony.

Susan R Bolton
3/16/16 at 10:15 AM

CR-15-0707-PHX-SRB
United States v. Kareem

## Question:

1) if we cannot come to A unanimous decision on A count, how should we proceed / document it on the verdict sheet?

ANSWER:

After you come to unanimous agreement on a count, the presiding juror should complete and sign that verdict form. If you cannot come to unanimous agreement on a count that verdict form should be left blank and unsigned.

Susan R Bolton
3/16/16 at 3:40 pm

3/16/16

CR 15-707 PHX SRB
USA v. Kareem

## Question:

1) Is discussing a criminal act that subsequently comes to pass considered active participation.

ANSWER

I assume the reference to "active participation" is from page 20 of the instructions which is the second page of the instruction on Count 2. The last paragraph on page 20 is a further explanation of what is meant by acting with the intent to facilitate a crime, the third element of Count 2. You must find all 4 elements listed on page 19 beyond a reasonable doubt before you could find the defendant guilty of Count 2.

*Susan R Bolton*
3/16/16 at 340 PM