```
                                                    ┌─────────────────────────────┐
                                                    │ X̶ FILED        ___ LODGED   │
                                                    │ ___ RECEIVED   ___ COPY     │
                                                    │                             │
                                                    │      MAR 1 7 2016           │
                                                    │                             │
                                                    │ CLERK U S DISTRICT COURT    │
                                                    │   DISTRICT OF ARIZONA       │
                                                    │ BY_____ DEPUTY    │
                                                    └─────────────────────────────┘
```

## UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

### EXHIBIT LIST - CRIMINAL

/__/Motion to Suppress     /__/Non-Jury Trial       / X / Jury Trial          Judge Code: __7026__

USA v. Kareem, Abdul Malik Abdul _____        __CR 15- 00707 -01__ _____
Last Name  First Name  Middle Initial       Year      Case Nr      Deft Nr

/ X / GOVERNMENT                          /__/ DEFENDANT

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | |
| 1. | | 2-17-16 | Overhead Photograph – Curtis Culwell Center |
| 2. | | 2-17-16 | Helicopter Night Photo 1 |
| 3. | | 2-17-16 | Helicopter Night Photo 2 |
| 4. | | | Stevens Scene Diagram |
| 5. | | 2-18-16 | Keltec 9mm Rifle |
| 6. | | 2-18-16 | 32 rounds of 9mm Luger ammunition – (Keltec) Item 23A |
| 7. | | 2-17-16 | Elk River Tool & Die AK-74 Rifle (5.45 x 39mm) (Item 34) |
| 8. | | 2-17-16 | Drum magazine with 73 rounds of 5.45x39 mm ammunition (Items 34A, 34B) |
| 9. | | 2-18-16 | Black magazine with 30 rounds of 5.45 x 39mm ammunition (Items 34C, 34D) |
| 10. | | 2-18-16 | Romarm Cugir Draco AK-47 Pistol (7.62 x 39mm) (Item 36) |
| 11. | | 2-18-16 | Tapco 7.62 magazine with 23 rounds of 7.62 x 39 mm ammunition (Items 36A, 36B ) |
| 12. | | 2-18-16 | Taurus Model 605 .357 Magnum Revolver (Item I) |
| 13. | | 2-18-16 | 5 rounds of .38 special ammunition (Item I-A) |
| 14. | | | 1 Round of Luger 9mm ammunition (Item I-A) |
| 15. | | 2-18-16 | Hi Point C9 9mm Pistol (Item 35) |
| 16. | | 2-18-16 | 10 rounds of 9mm ammunition  (Item 35A) |
| 17. | | 2-18-16 | Jimenez Arms JA9 9mm Pistol (Item L) |
| 18. | | 2-18-16 | 3 magazines & 31 rounds of 9mm ammunition  (Item L-A) |
| 19. | | 2-18-16 | 50 rounds of 9mm ammunition in a plastic bag (Item 29) |
| 20. | | 2-18-16 | 83 rounds of ammunition (Item 30) |
| 21. | | 2-18-16 | 30 rounds of ammunition (Item 25) |
| 22. | | 2-18-16 | 30 rounds of ammunition (Item 26) |
| 23. | | 2-18-16 | 392 rounds of 7.62 x 39mm ammunition (Item 24) |
| 24. | | 2-18-16 | Black bag with 162 rounds of 7.62 x 39mm ammunition  (Item 21) |
| 25. | | 2-18-16 | 30 rounds of 7.62 x 39mm ammunition (Item 37) |

| 26. | | 2-18-16 | 124 rounds of 7.62 x 39mm ammunition; 15 rounds of 9 mm ammunition; 21 rounds of .38 special ammunition (Item 62) |
|---|---|---|---|
| 27. | | 2-18-16 | Box of 7.62 x 39mm ammunition (WPA) (Item D) |
| 28. | | 2-18-16 | Box of 7.62 x 39mm ammunition (Item F) |
| 29. | | 2-18-16 | Box of .38 Special ammunition (PMC Bronze) (Item F) |
| 30. | | 2-18-16 | Various rounds of ammunition – (Item J) |
| 31. | | 2-18-16 | 1 (9 mm) Magazine (Item Z) |
| 32. | | 2-18-16 | 3 (7.62 x 39mm) (Item Z) |
| 33. | | 2-18-16 | 89 rounds of 7.62 x 39mm ammunition and 8 rounds of 9mm ammunition (Item Z-1) |
| 34. | | 2-18-16 | 9 mm magazine with 13 rounds ammunition (Item 51) |
| 35. | | 2-18-16 | Glock magazine with 11 rounds of 9 mm ammunition (Item 64) |
| 36. | | 2-18-16 | Black Tapco double magazine, 58 rounds of ammunition, Item 65 |
| 37. | | 2-18-16 | Two unknown caliber magazines (Item 68) |
| 38. | | 2-18-16 | Tapco magazine with 30 rounds of 7.62 x 39mm ammunition (Item 74) |
| 39. | | | White Samsung Galaxy S5 |
| 40. | | 3-1-16 | Which Nation Does Rum in the Hadith of the Last Days Refer To? |
| 41. | | 3-1-16 | The ISIS Twitter Census |
| 42. | | 3-1-16 | RAND Corporation Publication, "Promoting Online Voices for Countering Violent Extremism" |
| 43. | | 3-1-16 | Indictment, Sheik Mohamud case |
| 44. | | 3-1-16 | The Absent Obligation |
| 45. | | 3-1-16 | Dabiq Issue 5 |
| 46. | | 3-1-16 | Dabiq Issue 8 |
| 47. | | 3-1-16 | Hijrah to the Islamic State |
| 48. | | | black LG Flip Phone |
| 49. | | | UMX Cell Phone |
| 50. | | | blue Samsung Galaxy S3 |
| 51. | | | Samsung Galaxy S3 - "Constants of the Path of Jihad" |
| 52. | | | Samsung Galaxy S3 - GIMF Security & Intelligence Course |
| 53. | | | Samsung Galaxy S3 - "The Book of Jihad" |
| 54. | | 2-18-16 | Microsoft Surface tablet |
| 55. | | 2-18-16 | 9mm ammunition (loose rounds) |
| 56. | | | .38 special ammunition (loose rounds) |
| 57. | | 2-18-16 | 7.62 x 39mm ammunition (loose rounds) |
| 58. | | 2-18-16 | 5.45 x 39mm ammunition (loose rounds) |
| 59. | | 2-18-16 | Remnants of Perfecta 9mm ammunition box |
| 60. | | 2-18-16 | Perfecta 9 mm ammunition |
| 61. | | 2-18-16 | 9mm ammunition shell casings |
| 62. | | 2-18-16 | .38 special ammunition shell casings |
| 63. | | 2-18-16 | 7.62 x 39mm ammunition shell casings |
| 64. | | 2-18-16 | 5.45 x 39mm ammunition shell casings |

| | | | |
|---|---|---|---|
| 65. | | 2-18-16 | Printed IS Flags |
| 66. | | | Book: Fortress of the Muslim (Garland) |
| 67. | | 2-18-16 | Book: Defence of the Muslim Lands (Garland) |
| 68. | | 2-18-16 | White bullet proof vest and carrier Item W(Soofi) |
| 69. | | 2-18-16 | Black tactical vest and carrier (Soofi) |
| 70. | | 2-18-16 | Camouflage tactical vest (Simpson) Item K |
| 71. | | 2-18-16 | 4 (7.62) magazine clips and 100 rounds – Item K-A |
| 72. | | 2-18-16 | Black bullet proof vest (not worn) Item 32 |
| 73. | | 2-18-16 | New York Yankees hat |
| 74. | | | TomTom GPS |
| 75. | | 2-17-16 | Garland crime scene photos |
| 76. | | 2-18-16 | Wallet with Bank of America card and driver's license (Soofi) Item BB |
| 77. | | 2-18-16 | Simpson's driver's license with wallet – Item H |
| 78. | | 2-18-16 | Subway receipt – Item E |
| 79. | | 2-18-16 | Picture with ammunition Evid 29 |
| 80. | | 2-18-16 | Picture with ammunition Evid 30 |
| 81. | | 2-18-16 | Picture with ammunition Evid 31 |
| 82. | | | black and red skull cap & black fingerless gloves – Item X |
| 83. | | | Garland crime scene diagram |
| 84. | | 2-18-16 | .38 Special ammunition (Simpson/Soofi apartment) |
| 85. | | 2-19-16 | Motorola cell phone |
| 86. | | 2-18-16 | Samsung cell phone |
| 87. | | | LG 440B cell phone |
| 88. | | | 130GB hard drive |
| 89. | | | 2.5 GB hard drive |
| 90. | | | Book: Milestones |
| 91. | | | HTC G2 cell phone |
| 92. | | 2-19-16 | 5.56mm Winchester ammunition |
| 93. | | | T-Mobile SIM card |
| 94. | | 2-19-16 | CDs: "The Hereafter Vol. 2" (12 CDs) |
| 95. | | 2-18-16 | CD: The Life of Muhammad, Makkan Period, Imam Anwar al-Awlaki (Ibrahim) |
| 96. | | 2-19-16 | CD: The Hereafter Vol. II, CD 2 by Anwar al-Awlaki (Neyrus) |
| 97. | | 2-19-16 | CD: The Hereafter Volume # 1, CD-1 (commercially-printed CD) |
| 98. | | 2-19-16 | CD: The Devil's Deception of the Saudi Salafis Part 1, Sheikh Faisal |
| 99. | | 2-19-16 | CD: The Devil's Deception of the Saudi Salafis Part 2 / Stop! Police Terror, Sheikh Faisal, Imam Anwar al-Awlaki |
| 100. | | 2-19-16 | CD: The Devil's Deception of the Shia Part 1, Sheikh Faisal |
| 101. | | 2-19-16 | CD: The Devil's Deception of the Shia Part 2 & Reject the Taghoot, Sheikh Faisal |
| 102. | | 2-19-16 | CD: Deviation of the Ummah Past and Present, by Bilal Philips |
| 103. | | 2-19-16 | CD: Fire of the Goldsmith, Shaikh Yasir Qadhi |

3

| 104. | | 2-24-16 | Wittman item 5 shell casings |
|---|---|---|---|
| 105. | | 2-24-16 | Wittman item 3 shell casings |
| 106. | | 2-24-16 | Wittman item 2 shell casings |
| 107. | | 2-24-16 | Wittman item 1 shell casings |
| 108. | | 2-24-16 | Wittman item 4 shell casings |
| 109. | | 2-24-16 | Wittman item 6, diabetic test strip |
| 110. | | 2-24-16 | Scene diagram (Wittman) |
| 111. | | | Scene photos |
| 112. | | 2-19-16 | Acer Laptop computer (Kareem apartment) |
| 113. | | 2-24-16 | CD: "The Hereafter" Vol I CD # 7 |
| 114. | | 2-19-16 | Tanfoglio 9mm Pistol (Kareem apartment) |
| 115. | | 2-24-16 | Bulletproof vest |
| 116. | | 2-24-16 | CD: The Life of Muhammad: Makkan Period |
| 117. | | 2-19-16 | 9mm Perfecta ammunition (Kareem apartment) |
| 118. | | 2-19-16 | .38 special PMC Bronze ammunition (Kareem apartment) |
| 119. | | 2-19-16 | 12-gauge ammunition (Kareem apartment) |
| 120. | | 2-24-16 | Machete & sheath |
| 121. | | | Photo of Anwar Al-Awlaki CDs |
| 122. | | 2-24-16 | Compound bow and arrows with attachments |
| 123. | | | Search warrant photo (Kareem apartment bedroom closet) |
| 124. | | 2-19-16 | Search warrant diagram (Kareem apartment) |
| 125. | | 2-24-16 | Taurus .38 special revolver (Kareem truck) |
| 126. | | 2-24-16 | Maxwest cell phone (QPX4) |
| 127. | | 2-23-16 | Photo of Elton Simpson (Yankees hat) |
| 128. | | 2-23-16 | Photo of Elton Simpson (Hava Java) |
| 129. | | 2-23-16 | Photo of Elton Simpson (white Lexus) |
| 130. | | 2-23-16 | Photo of Elton Simpson (Kareem apartment) |
| 131. | | 2-24-16 | Black nextbook/tablet (QPX2) |
| 132. | | 2-24-16 | RCA Android Tablet (QPX3) |
| 133. | | 2-23-16 | Photo of Simpson holding phone |
| 134. | | 2-23-16 | Photo of Simpson talking on phone |
| 135. | | 2-23-16 | Photo of Abdul Malik Abdul Kareem |
| 136. | | 2-23-16 | Photo of Simpson on couch |
| 137. | | | Backpack |
| 138. | | 2-24-16 | Book: Fortress of the Muslim (Kareem truck) |
| 139. | | 2-25-16 | Judgment of Conviction |
| 140. | | 2-26-16 | Certified birth certificate Decarus Thomas |
| 141. | | 2-26-16 | Certified name change records Decarus Thomas |
| 142. | | 2-24-16 | Consent to Search form (Kareem truck) |
| 143. | | | Cell records (623) 204-7295 |
| 144. | | | Cell records (623) 313-6382 |
| 145. | | | Cell records (602) 518-5840 |
| 146. | | | Twitter records (2827006337) |
| 147. | | | Twitter records (3062911044) |
| 148. | | | Twitter records (3070170972) |

| | | | |
|---|---|---|---|
| 149. | | | Twitter records (3092582583) |
| 150. | | | Twitter records (3121473777) |
| 151. | | | Twitter records (3154850044) |
| 152. | | | Twitter records (3161708545) |
| 153. | | 2-26-16 | Twitter screenshot: Sharia is Light re AFDI Draw Muhammad Contest |
| 154. | | 2-26-16 | Twitter screenshot: Sharia is Light re #texasattack |
| 155. | | 2-26-16 | Twitter screenshots: AbuHussainAlBritani |
| 156. | | 2-26-16 | Pages from Dabiq Magazine regarding Garland attack |
| 157. | | 3-1-16 | Twitter screenshots Elton Simpson |
| 158. | | | Google account records (gitrdonemoving) |
| 159. | | | Google account records (fivestarmoving) - withdrawn |
| 160. | | | Google account records (ibrahimibrahim602) |
| 161. | | 2-18-16 | Lenovo laptop |
| 162. | | 2-19-16 | Recycle bin file listing (Lenovo 2015 image) showing recycling of S&I.pdf |
| 163. | | 2-19-16 | Photo: Apocalypse Rising dated 6/5/2014 |
| 164. | | 3-1-16 | Internet search history: "battle of hearts and minds anwar" |
| 165. | | 3-1-16 | Internet search history: "Anwar Al-Awlaki: Brutality Towards the Muslims" |
| 166. | | 3-1-16 | Internet search history:  "AND INCITE THE BELIEVERS" |
| 167. | | 3-1-16 | Internet search history: "Mujahideen Bagram escape" |
| 168. | | 3-1-16 | Internet search history: "Mujahid escape Bagram" |
| 169. | | 3-1-16 | Internet search history: "ESCAPE FROM BAGRAM PRISON 1 (PART 2 OF 5) – DOCUMENTARY" |
| 170. | | 3-1-16 | Internet search history: "mujahideen" |
| 171. | | 3-1-16 | Internet search history: "Kalamullah.Com \| Lectures \| Anwar Al-Awlaki" May 13-15, 2012 |
| 172. | | 3-1-16 | Internet search history: Gmail Inbox - gitrdonemoving@gmail.com |
| 173. | | 2-18-16 | S&I.pdf ("Class Notes From The Security And Intelligence Course," Global Islamic Media Front") (Memorex 2GB flash drive image) |
| 174. | | | Training that Makes Killing Civilians Acceptable 1 of 2.mp4 (Memorex 2GB flash drive image) |
| 175. | | | Training that Makes Killing Civilians Acceptable 2 of 2.mp4 (Memorex 2GB flash drive image) |
| 176. | | 2-18-16 | A Treatise on the Legal Status of Using Weapons of Mass Destruction Against the Infidels (Memorex 2GB flash drive image) |
| 177. | | 2-18-16 | To Make It Know to People...and Not to Hide It, by Anwar al-Awlaki (Memorex 2GB flash drive image) |
| 178. | | | The Hatred of the Kuffar.mp4 (Memorex 2GB flash drive image) |
| 179. | | 2-18-16 | Inspire Magazine Issue 8 (Memorex 2GB flash drive image) |

| 180. | | 2-18-16 | Inspire Magazine Issue 9 (Memorex 2GB flash drive image) |
|------|--|---------|----------------------------------------------------------|
| 181. | | 2-18-16 | The Ruling on Dispossessing the Disbelievers Wealth in Dar al-Harb (Memorex 2GB flash drive image) |
| 182. | | 2-18-16 | The Slicing Sword (Memorex 2GB flash drive image) |
| 183. | | 2-18-16 | The Ruling on Leaving for Battle and the Precondition of Takfir (Memorex 2GB flash drive image) |
| 184. | | | Acer Aspire Laptop (QPX1.1) |
| 185. | | 2-23-16 | Photo of Elton Simpson next to white Lexus (QPX1.1 Acer Aspire laptop) |
| 186. | | 2-23-16 | Photo of Abdul Malik Abdul Kareem (QPX1.1 Acer Aspire laptop) |
| 187. | | 2-23-16 | "Flames of War" video source |
| 188. | | | Letter to parole officer from Abdul Malik (QPX103) |
| 189. | | | Photo of Abdul Malik Abdul Kareem (QPX104_1) |
| 190. | | 2-26-16 | Email from Ibrahim to Gitrdonemoving@gmail.com November 9, 2014 (Item 7082) |
| 191. | | | CAST analysis chart |
| 192. | | | Bank records – Abdul Malik Abdul Kareem |
| 193. | | | Envelope and letter to Tabatha from Nadir Soofi |
| 194. | | | Kareem wallet, driver's license, social security card |
| 195. | | | BMO Harris receipt |
| 196. | | 3-3-16 | BMO Harris bank records |
| 197. | | 3-9-16 | Four Moneygram receipts |
| 198. | | | Two Chase receipts |
| 199. | | | Rental deposit receipt for Apt 3/25/15 |
| 200. | | 2-24-16 | Hirens 15.1 CD |
| 201. | | | 1 12 gauge round |
| 202. | | | 1 9mm round – Kareem's dresser room K |
| 203. | | 2-18-16 | Search Warrant Diagram |
| 204. | | 2-19-16 | Book: Milestones |
| 205. | | 2-19-16 | "Purpose of Life" DVD Tzortzis |
| 206. | | 2-19-16 | "Ummar Don Alkhataqb-His Life and Times" CD Anwar Al-Awlaki |
| 207. | | 2-19-16 | Sheik Khalid CD |
| 208. | | | Dell Inspiron Laptop (QPX1_1) |
| 209. | | 2-23-16 | Picture of Anwar al-Awlaki giving a sermon. |
| 210. | | | Part 1-22 of the Hereafter series |
| 211. | | | Part 1-16 of Seerah Mecca |
| 212. | | | Part 1-19 of Seerah Medina Pt. 2 |
| 213. | | | Part 2, 4-7, 9-10 and 12-17 of Seerah Medina Pt. 1 |
| 214. | | | Part 2-21 of Lives of the Prophets |
| 215. | | | Thumbnail picture of unidentified soldiers. |
| 216. | | 2-23-16 | Screencap from ISIL video showing prisoners being marched to execution along a beach. |
| 217. | | | Picture of ISIL fighters. |

| 218. | | 2-23-16 | Picture of a man holding an ISIL flag. |
|---|---|---|---|
| 219. | | 2-23-16 | Picture of ISIL flag |
| 220. | | | Picture of prisoners being shot to death. |
| 221. | | | Picture of a man being beheaded. |
| 222. | | | Thumbnail picture of unidentified fighters with a truck. |
| 223. | | 2-23-16 | Picture of armed men with ISIL flag. |
| 224. | | | Partially recovered image of an ISIL flag in an urban area. |
| 225. | | 2-23-16 | Picture of a man carrying an ISIL flag. |
| 226. | | | Picture of execution by water, while a man with an ISIL flag stands by. |
| 227. | | | Picture of a man holding a shahada flag. |
| 228. | | | Jihadist imagery. Man with a shahada flag on a horse. |
| 229. | | 2-23-16 | Picture of an ISIL flag painted on a wall. |
| 230. | | | Screencap from a Salafi Media video |
| 231. | | | Jihadist imagery. Man planting a flag in the ground. |
| 232. | | 2-23-16 | Internet Search History: "islamic state flag" and Wikimedia image |
| 233. | | 2-23-16 | Pages 8-9, 36-37, 44-45, 48-51, 53-61 of 40 Hadith on Jihad |
| 234. | | 2-23-16 | Image of the Statue of Liberty holding a shahada flag.  Caption: "Islam Will Dominate the World" |
| 235. | | 2-23-16 | Screencaps from "And Incite The Believers" |
| 236. | | 2-23-16 | Thumbnail picture of Abubakar Shekau |
| 237. | | 2-23-16 | Picture of Dzokhar Tsarnaev |
| 238. | | | News photo from Charlie Hebdo attack. |
| 239. | | 2-23-16 | Screencap from a video, "Message to America - Boston Attacks" |
| 240. | | 2-23-16 | Picture of Anjem Choudary |
| 241. | | | Screencap from Salafi Media video 'The Honour of Hijaab' |
| 242. | | W/D | Picture 1 of Soofi's son playing with a revolver |
| 243. | | 2-23-16 | Picture 2 of Soofi's son playing with a revolver |
| 244. | | | Video 1 of Soofi teaching his son to shoot at a target |
| 245. | | | Video 2 of Soofi teaching his son to shoot at a target |
| 246. | | | Video 3 of Soofi teaching his son to shoot at a target |
| 247. | | | Thumbnail picture of Elton Simpson at a desk - withdrawn |
| 248. | | | Picture of Simpson wearing a turban |
| 249. | | | Picture of Simpson sleeping |
| 250. | | 2-23-16 | Picture of Simpson, Kareem, and another in a room together |
| 251. | | 2-23-16 | Picture of Simpson, with a  child sitting at a computer desk |
| 252. | | | Pictures of Simpson |
| 253. | | | Email written by Soofi, in part pontificating the importance of living in a Muslim country and the corruption of American society. |
| 254. | | 2-23-16 | Book 'The Maidens of Jannat (Paradise)' |
| 255. | | | Screencap from a video, superimposes text from Revelation on a FEMA/DHS logo. |

7

| 256. | | | Picture of Khalid Yasin giving a sermon. |
|------|--|--|------------------------------------------|
| 257. | | | Picture of a police officer |
| 258. | | | Picture of a Shahada flag |
| 259. | | | Screencap from unknown video, caption, "We'll never accept a slain part of our lands" |
| 260. | | 2-23-16 | Picture of DVD series, "The End of Time … A New Beginning" |
| 261. | | | Link to www.zokali.com/win7-mac-address-changer |
| 262. | | 2-23-16 | Thumbnail of University of Phoenix Stadium |
| 263. | | 2-18-16 | Desktop computer (Simpson/Soofi Apartment) |
| 264. | | | Part 1-8 of lecture series, 'Bearers of Glad Tidings' |
| 265. | | 2-23-16 | Sermon by Awlaki about the persecution of Muslims. |
| 266. | | 2-25-16 | Constants on the Path of Jihad', Parts 1-6 |
| 267. | | | Constants on the Path of Jihad', Part 2, attributed to Islambase Audios |
| 268. | | | 17 Rules of Dream Interpretations |
| 269. | | | Dreams in the Quran and Hadith |
| 270. | | | Dreams of the Companions, Examples of Interpretations |
| 271. | | 2-23-16 | The Dust Will Never Settle Down' lecture |
| 272. | | | Lecture attributed to darulislam.info |
| 273. | | 2-23-16 | Lecture concerning America's 'war on Islam'. |
| 274. | | 2-25-16 | Lecture about a classical book on Jihad, Parts 1-12 |
| 275. | | 2-25-16 | 2009 lecture advocating Muslims to restore the honor of Islam, calling for revival of the Khilafah and jihad. |
| 276. | | 2-25-16 | Allah Is Preparing Us for Victory, Part 1 |
| 277. | | 2-25-16 | Allah Is Preparing Us for Victory, Part 2 |
| 278. | | | It's A War Against Islam |
| 279. | | 2-19-16 | Constants on the Path of Jihad, book version |
| 280. | | | 9 November 2013 email from Soofi to himself and Elton Simpson (ibrahimibrahim602@gmail.com) containing a picture of Awlaki, Anwar1.jpg. |
| 281. | | 2-19-16 | Page 13-14 of Dabiq Issue 4 |
| 282. | | 2-19-16 | Dabiq Issue 5 |
| 283. | | 2-19-16 | Screencap from an official ISIL video of fighters loading artillery. |
| 284. | | 2-19-16 | Screencap of an official ISIL video from Wilayah Halab of a public beheading. |
| 285. | | 2-19-16 | Advertisement for article, 'The Obligation of Appointing a Khilafah & The Forbiddance of Delaying Such', from Ansar al Khilafah, an ISIL supporter organization. |
| 286. | | 2-19-16 | Screencap from official ISIL Libya video showing prisoners being marched by their executioners along a beach. |
| 287. | | | Picture of a man who has been publicly executed. |
| 288. | | | Picture of masked fighters possibly executing prisoners in the courtyard of a building with an ISIL flag. |

| 289. | | | Screencap of an official ISIL video from Wilayah Raqqa of a beheading. |
| 290. | | 2-25-16 | Screencap from a video showing a terrified prisoner. |
| 291. | | 3-8-16 | Revised Screencap of an official ISIL video from Wilayah Halab showing the aftermath of a public beheading. |
| 292. | | | Screencap from an official ISIL video from Wilayah Halab showing a beheading. |
| 293. | | 3-8-16 | Revised Screencap of an official ISIL video from Wilayah Halab showing the aftermath of an execution. |
| 294. | | | Screencap from an official ISIL video from Wilayah Ninawa showing the aftermath of a man who has been stoned to death. |
| 295. | | | Screencap from an official ISIL video from Wilayah Shmal Baghdad showing the beheaded corpse of a soldier |
| 296. | | | Screencap of an official ISIL video from Wilayah Ninawa showing a man who has been stoned to death. |
| 297. | | | Screencap of an official ISIL video from Wilayah Raqqa of an older man being beheaded. |
| 298. | | | Screenshot of an official ISIL video from Wilayah Raqqa of a public beheading. |
| 299. | | | Screencap of an official ISIL video from Wilayah Halab of a beheading. |
| 300. | | 2-19-16 | ISIL logo. |
| 301. | | | Thumbnail of a man executed by ISIL for being a spy. |
| 302. | | | Screencap of an official ISIL video from Wilayah Shabwah showing fighters lining up to execute prisoners. |
| 303. | | | Screencap from a video of ISIL fighters preparing to execute prisoners. |
| 304. | | | Picture of a beheading. An individual is circled in red. |
| 305. | | | Picture of a beheading. |
| 306. | | | Screencap of an official ISIL video from Wilayah Salah-al-Din showing a dead soldier, whose uniform says 'SWAT'. |
| 307. | | 2-19-16 | Picture of James Foley, appearing in an ISIL video prior to his execution. |
| 308. | | | Picture of prisoners being shot to death in a desert area by a firing squad. |
| 309. | | | Picture of prisoners post-execution |
| 310. | | | Picture of men being shot to death by various masked fighters. |
| 311. | | 2-19-16 | Picture of fighters with a truckload of prisoners. |
| 312. | | 2-19-16 | Picture of an explosion. |
| 313. | | 2-19-16 | Picture of a child posing in front of an ISIL flag. |
| 314. | | 2-19-16 | Picture of Steven Sotloff with Jihadi John. |
| 315. | | 2-23-16 | Google search for 'authentictauhid' |
| 316. | | | Google search for 'authentic tauheed' |
| 317. | | | Click through from search to result |
| 318. | | | Website of Abdullah Faisal |

| 319. | | 2-23-16 | tru_Qur'an - Viewing Profile - Marifah Forums' |
|---|---|---|---|
| 320. | | 2-23-16 | The battalions of faith |
| 321. | | 2-23-16 | Nasyid senandung jihad A nasru Tawala.wmv |
| 322. | | | Nasheed |
| 323. | | | Nasheed |
| 324. | | | Nasheed Fi Kitabil Allah |
| 325. | | | Nasheed Amaman junod alfeda' |
| 326. | | 2-23-16 | Search for 'quran fighting is prescribed for you' |
| 327. | | 2-23-16 | Click through from search to search result |
| 328. | | 2-23-16 | Site that conducts academic research of jihadist propaganda. |
| 329. | | 2-23-16 | File storage for Jihadology; Issue 1-8 of Dabiq |
| 330. | | 2-23-16 | Officials hold terrorism training drill in Arizona' |
| 331. | | 2-23-16 | Twitter searches for #is |
| 332. | | 2-23-16 | Twitter searches for #isis |
| 333. | | 2-23-16 | Search for Authentic Tauheed website of Abdullah Faisal |
| 334. | | 2-23-16 | Authentic Tauheed, website of known radicalizer Abdullah Faisal |
| 335. | | | short link for https://ia601500.us.archive.org/4/items/36203/3620.mp3 |
| 336. | | | short link for http://twitter.com/14harunalansari/status/593903988774309888/photo/1 |
| 337. | | | SYRIA - Very Powerful Emotional Nasheed HD |
| 338. | | 2-23-16 | Picture of masked, armed man.  Caption: 'We have come for the sake of Allah, and we have declared jihad.' |
| 339. | | | Email from Elton Simpson to Nadir Soofi containing a link to an interview with convicted Saudi terrorist Walid al Sinnani. |
| 340. | | 2-23-16 | Picture of jihadist fighter, captioned 'We Are Coming' with quote from Abdullah Azzam. |
| 341. | | 2-23-16 | Phone screenshot of a DM convo between @atawaakul (Elton Simpson) and @Jihad28aa |
| 342. | | 2-23-16 | Picture of a baby with a grenade, gun, and an ISIL flag. |
| 343. | | | Angry email from Ali Soofi to Nadir Soofi telling him not to contact Ali anymore. |
| 344. | | | Thank you email from Rodney Roquemore, Pretrial Service Officer, for Nadir sending Elton Simpson's paystub |
| 345. | | | June 2014 email from Soofi to Mansal GRP negotiating the purchase of marijuana. |
| 346. | | 2-23-16 | Image macro of children with rifles. "While your children are learning political correctness. Their children are learning how to kill them." |
| 347. | | 2-23-16 | Thumbnail image of the Charlie Hebdo Muhammad cover |
| 348. | | 2-26-16 | Draft message mentioning Daren  (LG GPLG440GB -- 480-849-8186; Item #134-135 |
| 349. | | 2-26-16 | Draft message mentioning "another postponement" (LG |

| | | | |
|---|---|---|---|
| | | | GPLG440GB -- 480-849-8186; Item #136-139 |
| 350. | | 2-26-16 | Photo of the screen of another digital device (LG GPLG440GB -- 480-849-8186; Item #38-41 |
| 351. | | 2-23-16 | List of scholars |
| 352. | | 2-25-16 | Dark Blue Spiral Memo Book, 3" x 5" (Item 16) |
| 353. | | | Images from Forensic Analysis of Dark Blue Spiral Memo Book (Item 16) |
| 354. | | 2-26-16 | Blue Spiral Notebook, 8.5" x 11" (Item 17) |
| 355. | | | Images from Forensic Analysis of Blue Spiral Notebook (Item 17) |
| 356. | | 2-25-16 | Spiral Notebook, 8.5" x 11" (Item 18 |
| 357. | | 2-25-16 | Images from Forensic Analysis of Blue Spiral Notebook (Item 18) |
| 358. | | 2-25-16 | Google Maps Printouts Dated April 26, 2015, Depicting Culwell Center (Items 19, 20) |
| 359. | | | CD: The Battle of Hearts & Minds. Imam Anwar Awlaki |
| 360. | | | Abu Bakr al Siddiq: His Life and Times, by Imam Anwar Al-Awlaki (13 CDs) |
| 361. | | | Ummar Ibn Alkhataab: His Life and Times, by Imam Anwar Al-Awlaki (17 CDs) |
| 362. | | | Debit Cards |
| 363. | | | BMO Harris Bank Checkbook |
| 364. | | | .410 Gauge Shotgun Shells |
| 365. | | | Magazine and Ammunition from Tanfoglio 9mm Pistol |
| 366. | | 2-24-16 | Ammunition from .38 Special Revolver and Speed Loaders |
| 367. | | 2-18-16 | Photo of 039 White Galaxy S5 |
| 368. | | 2-18-16 | Photo of 048 Black LG Flip Phone |
| 369. | | 2-18-16 | Photo of 049 UMX Cell Phone |
| 370. | | 2-18-16 | Photo of 050 Blue Samsung Galaxy S3 |
| 371. | | 2-18-16 | Photo of 066 Fortress of the Muslim |
| 372. | | 2-18-16 | Photo of 074 TomTom GPS |
| 373. | | 2-18-16 | photo of drum magazine |
| 374. | | | Orman video |
| 375. | | | Mittendorf video |
| 376. | | 2-18-16 | Photo of Elk River Tool and Die AK-74 rifle |
| 377. | | 2-18-16 | Photo of Roman AK-47 pistol grip |
| 378. | | 2-18-16 | Photo of Jimenez Arms 9mm pistol |
| 379. | | 2-18-16 | Photo of Taurus .357 revolver in pocket |
| 380. | | | Photo of Taurus .357 revolver with ammunition |
| 381. | | 2-18-16 | Photo of Keltec 9mm rifle |
| 382. | | 2-18-16 | Photo of HiPoint 9mm pistol |
| 383. | | 3-2-16 | Diagram of Jihad Leaders [demonstrative] |
| 384. | | 2-19-16 | Photo of Simpson/Soofi apartment kitchen |
| 385. | | 2-18-16 | Photo of Simpson/Soofi Apartment room G |
| 386. | | | Photo of plexiglass table |

| 387. | | 2-18-16 | Photo of Simpson Infiniti (front) |
|---|---|---|---|
| 388. | | 2-18-16 | Photo of Simpson Infiniti (rear) |
| 389. | | | Photo of Simpson/Soofi living room couch (inside) |
| 390. | | 2-18-16 | CD: Imam Anwar Awlaki – The Battle of Hearts and Minds |
| 391. | | 3-1-16 | Photo of Steno Notebook – Garland, Texas |
| 392. | | 2-18-16 | Photo of Lenovo Laptop |
| 393. | | 2-18-16 | Photo of Simpson/Soofi apartment living room |
| 394. | | 2-18-16 | Photo of desk |
| 395. | | 2-18-16 | Photo of trunk of Simpson Infiniti |
| 396. | | 2-18-16 | Blue CD case |
| 397. | | 2-19-16 | Photo of Kareem's living room – 21st place (desk) |
| 398. | | 2-19-16 | Photo of Kareem's desk in living room – 21st place (close up desk) |
| 399. | | | Photo of Simpson/Soofi closet |
| 400. | | 2-19-16 | Magazine – contains .380 rounds (Kareem's house) |
| 401. | | 2-19-16 | Box of .25 ammunition and .38 special ammunition (Kareem's house) |
| 402. | | | Excerpt from Modarij US-SA |
| 403. | | 2-19-16 | Photo of Kareem's bedroom – 21st place (2) |
| 404. | | 2-19-16 | Photo of Tanfoglio 9mm in Kareem's couch – 21st place |
| 405. | | 2-19-16 | Photo of Kareem's couch – 21st place |
| 406. | | 2-19-16 | Magazine – partially loaded (from gun in couch) |
| 407. | | 2-26-16 | Abdul Malik Abdul Kareem Clip_01 |
| 408. | | 2-26-16 | Abdul Malik Abdul Kareem Clip_02 |
| 409. | | 2-26-16 | Abdul Malik Abdul Kareem Clip_03 |
| 410. | | 2-26-16 | Abdul Malik Abdul Kareem Clip_04 |
| 411. | | 2-26-16 | Abdul Malik Abdul Kareem Clip_05 |
| 412. | | 2-26-16 | Abdul Malik Abdul Kareem Clip_06 |
| 413. | | 2-26-16 | Abdul Malik Abdul Kareem Clip_07 |
| 414. | | 2-26-16 | Abdul Malik Abdul Kareem Clip_08 |
| 415. | | 2-26-16 | Abdul Malik Abdul Kareem Clip_09 |
| 416. | | 2-26-16 | Abdul Malik Abdul Kareem Clip_10 |
| 417. | | 2-26-16 | Abdul Malik Abdul Kareem Clip_11 |
| 418. | | 2-26-16 | Abdul Malik Abdul Kareem Clip_12 |
| 419. | | 2-26-16 | Abdul Malik Abdul Kareem Clip_13 |
| 420. | | 2-26-16 | Abdul Malik Abdul Kareem Clip_14 |
| 421. | | 2-26-16 | Abdul Malik Abdul Kareem Clip_15 |
| 422. | | 2-26-16 | Abdul Malik Abdul Kareem Clip_16 |
| 423. | | | Abdul Malik Abdul Kareem Clip_17 |
| 424. | | 2-26-16 | Abdul Malik Abdul Kareem Clip_18 |
| 425. | | 2-26-16 | Abdul Malik Abdul Kareem Clip_19 |
| 426. | | 2-26-16 | Abdul Malik Abdul Kareem Clip_20 |
| 427. | | 2-26-16 | Abdul Malik Abdul Kareem Clip_21 |
| 428. | | 2-26-16 | Abdul Malik Abdul Kareem Clip_22 |
| 429. | | | Abdul Malik Abdul Kareem Clip_23 |

| | | | |
|---|---|---|---|
| 430. | | 2-26-16 | Abdul Malik Abdul Kareem Clip_24 |
| 431. | | 2-23-16 | Photograph of Elton Simpson |
| 432. | | 2-23-16 | Photograph of Nadir Soofi |
| 433. | | 2-24-16 | Photograph of Kareem's moving truck |
| 434. | | 2-24-16 | Photograph of Kareem's moving truck [bench seat] |
| 435. | | 2-24-16 | Photograph of Kareem's moving truck [bag behind seat] |
| 436. | | 2-24-16 | Photograph of documents in bag in Kareem's moving truck |
| 437. | | 2-24-16 | Kareem's BMO checkbook |
| 438. | | 2-24-16 | Photograph of black Nextbook tablet – Kareem's moving truck |
| 439. | | 2-24-16 | Photograph of .38 Special in bag – Kareem's moving truck |
| 440. | | 2-24-16 | Photograph of .38 Special in bag [close up] |
| 441. | | 2-24-16 | Photograph of shoulder holster .38 Special |
| 442. | | 2-24-16 | Photograph of .38 Special with speed loader |
| 443. | | 2-24-16 | Photograph of Kareem's bedroom [safe closed] |
| 444. | | 2-24-16 | Photograph of Kareem's bedroom [safe open] |
| 445. | | 2-24-16 | Photograph of machete |
| 446. | | 2-24-16 | Photograph of machete [close up] |
| 447. | | 2-24-16 | Photograph of Kareem's Isuzu Ascender |
| 448. | | | Gitrdonemoving YouTube search 1 |
| 449. | | | Gitrdonemoving YouTube search 2 |
| 450. | | 2-23-16 | Nextbook photo 1 - Git R Done |
| 451. | | 2-23-16 | Nextbook photo 2 - Navy Seal Reviews ISIS |
| 452. | | 2-23-16 | Nextbook photo 3 - Angel of Death |
| 453. | | 2-23-16 | Nextbook photo 4 - Soldier of Allah |
| 454. | | 2-23-16 | Nextbook photo 5 – Solider of Allah |
| 455. | | 2-23-16 | Nextbook photo 6 – Soldier of Allah |
| 456. | | 2-25-16 | Nextbook photo 8 – protest |
| 457. | | 2-23-16 | Nextbook photo 9 – armed men in truck |
| 458. | | 2-23-16 | Nextbook photo 10 – Hakimullah Mesud |
| 459. | | 2-23-16 | Nextbook photo 11 – captive in front of mosque |
| 460. | | 2-24-16 | Wittman photo 11 |
| 461. | | 2-24-16 | Wittman photo 18 |
| 462. | | 2-24-16 | Wittman photo 22 |
| 463. | | 2-24-16 | Wittman photo 41 |
| 464. | | 2-24-16 | Wittman photo 214 – diabetic test strip |
| 465. | | 2-24-16 | Wittman photo 232 – shell casing 5.45 x 39 mm |
| 466. | | 2-24-16 | Wittman photo 258 – shell casing 7.62 x 39 mm |
| 467. | | 2-23-16 | Nextbook ebook 1 – The British Government and Jihad |
| 468. | | 2-23-16 | Nextbook ebook 2 – Origins of the Islamic State |
| 469. | | 2-23-16 | Nextbook Photo 7 – Quetta Protest |
| 470. | | 2-24-16 | Wittman Photo 8 |
| 471. | | 2-26-16 | Flames of War video [media] |
| 472. | | 2-25-16 | Abdul Malik Abdul Kareem fingerprint card |
| 473. | | 2-25-16 | Hirens 15.1 CD Table of Contents |
| 474. | | | Khyber Halal Photo 1 |

13

| 475. | | 2-26-16 | Khyber Halal Photo 2 |
|---|---|---|---|
| 476. | | | Northwest Valley Map |
| 477. | | 2-25-16 | Hirens Boot CD walkthrough |
| 478. | | 2-26-16 | Kareem-Simpson-Soofi Telephonic Communication Excerpts |
| 479. | | 2-26-16 | Kareem Post Garland Communication |
| 480. | | 2-26-16 | Simpson Twitter DM Excerpts |
| 481. | | 2-26-16 | Acer Network Access Log |
| 482. | | | gitrdonemoving Search 1 |
| 483. | | | gitrdonemoving Account Info 1 |
| 484. | | | gitrdonemoving Search 2 |
| 485. | | | gitrdonemoving Account Info 2 |
| 486. | | 2-26-16 | Photograph of Elton Simpson DSC_0063 |
| 487. | | 2-26-16 | Photograph of Elton Simpson DSC_0082 |
| 488. | | 3-1-16 | Visits to Hoor-al-ayn.com Part 1 (QPX_1 Acer Aspire Laptop, #4741) |
| 489. | | 3-1-16 | Visits to Hoor-al-ayn.com Part 2 (QPX_1 Acer Aspire Laptop, #4741) |
| 490. | | 3-1-16 | Visits to Kalamullah.com (QPX_1 Acer Aspire Laptop, #4736) |
| 491. | | 3-1-16 | Google Al-Awlaki strings (QPX_1 Acer Aspire Laptop, #7049) |
| 492. | | 3-1-16 | Al-Awlaki files accessed or downloaded dates (QPX_1 Acer Aspire Laptop, #4741) |
| 493. | | 3-1-16 | Battle of the Hearts and Minds Transcript |
| 494. | | 3-1-16 | ISHD LEAK accessed on Samsung Galaxy |
| 495. | | 3-1-16 | ISHD LEAK pages |
| 496. | | 3-1-16 | Page images from blue steno notebook (Soof-Simpson apartment) |
| 497. | | 3-2-16 | Photograph of Miski |
| 498. | | 3-3-16 | Letter to Elton Simpson from Hassan Abu Jihaad postmarked 9-15-14 |
| 499. | | 3-4-16 | Dworkin report Acer Aspire Laptop |
| 600. | | 3-4-16 | Dworkin report Nextbook Tablet |
| 601. | | 3-9-16 | Kareem insurance recording |
| 602. | | 3-9-16 | Photograph of Roku 2XS remote |
| 603. | | 3-8-16 | Photograph of Elton Simpson on couch with remote |
| 604. | | 3-9-16 | James Sampson interview 6-11-15 Clip 1 |
| 605. | | | James Sampson interview 6-11-15 Clip 2 |
| 606. | | 3-9-16 | James Sampson interview 6-25-15 Clip 3 |
| 607. | | 3-9-16 | Sageman e-mail 1-21-09 |
| 608. | | 3-9-16 | Sageman e-mail 2-19-09 |
| 609. | | 3-9-16 | Sageman e-mail 3-12-09 |
| 610. | | 3-9-16 | Sageman e-mail 3-24-09 |
| 611. | | 3-9-16 | Sageman e-mail 6-17-09 |
| 612. | | 3-9-16 | Gitrdonemoving e-mail 9-21-14 |
| 613. | | | Kareem Maxwest text log |
| 614. | | 3-9-16 | Kareem's text communications |

14

| 615. | | | Marc Sageman's 2008 article |
|---|---|---|---|
| 616. | | 3-9-16 | Lorenzo Vidino's Curriculum Vitae |
| 617. | | | |
| 618. | | | |
| 619. | | | |
| 620. | | | |