# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-15-00707-001-PHX-SRB |
| Plaintiff, | **ORDER** |
| v. | |
| Abdul Malik Abdul Kareem, | |
| Defendant. | |

The Court has reviewed Defendant's Motion to Preclude Government *Ex Parte* Submission Under CIPA Absent Defense Participation (Doc. 522). The United States' response (Doc. 529) states that the motion is moot because the Government does not intend to make any *ex parte* filings.  Defendant has not filed a reply which the Court interprets as agreement that the motion is moot.

IT IS ORDERED denying as moot Defendant's Motion to Preclude Government *Ex Parte* Submission Under CIPA Absent Defense Participation (Doc. 522).

Dated this 1st day of March, 2019.

_____
Susan R. Bolton
United States District Judge