# The UNITED STATES DISTRICT COURT
# FoR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF America<br>Plaintiff | |
| VS. | Case No 2:15-CR-00707-SRB-1 |
| Abdul Malik Abdul Kareem<br>Defendant | Conflict of interest |

FILED
SEP 1 3 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

There is a Conflict of interest between Daniel D. Maynard and Daniel R. Drake and I. I Signed a Conflict Waiver to keep Daniel D. Maynard and Daniel R. Drake as my attorney's. I was under duress when I Signed that waiver. I was told by the attorney that Steped in on behalf of Daniel D. Maynard and Daniel R. Drake that if I didn't Sign the waiver that you would keep Daniel D. Maynard and Daniel R. Drake as My Attorneys. I was in the SHU I feared for My life so I Signed the Conflict waiver because I was threatened by the F.B.I in October 2019 at the transfer Station in Oklahoma on my way to the evidentiary hearing. I let the attorney Know that Steped in on behalf of Daniel D. Maynad and Daniel R. Drake. That The F.B.I told me if I didn't stop Sending letters to the attorney generals office you can easy Come up missing and that there was no need to Say anything to my attorneys because there with US.

THIS DOCUMENT IS NOT IN PROPER FORM ACCORDING TO FEDERAL AND/OR LOCAL RULES AND PRACTICES AND IS SUBJECT TO REJECTION BY THE COURT.
REFERENCE LRCiv5.4 (Rule Number/Section)

(1)

He told me to let my attorneys know Daniel D. Maynard and Daniel R Drake and so I did just that. Daniel D Maynard and Daniel R Drake told me to put it in writing and laughed at me. I asked the attorney that stepped in on behalf of Daniel D. Maynard and Daniel R. Drake am I going to be Charged he told me no that I didn't have to worry about anything because I was not indicted.

I asked that attorney was Daniel D. Maynard and Daniel R. Drake going to still give me a good defense even though the accusations of what the informant's accused me of saying he said yes they would. I asked Daniel D. Maynard and Daniel R. Drake the Same question they said they would pervade a good defense and that they didn't believe what was said and nothing would come of it.

After talking to Daniel D Maynard and Daniel R. Drake about giving me a good defense and what I expect out of them as my attorney's. I Signed the Conflict Waiver and Sent it to the attorney that stepped in on there behalf. I was Transfer in September 2020 to FCI Phoenix.

In phone Conversations with Daniel D Maynard and Daniel R. Drake. Daniel R Drake would offend me by Calling me a boy I have ask him to Stop Calling me a boy because it offends me he is always Saying gestures thats offended I take it to be racial. There demeanor has Change I have been asking for discovery and to put in motions. I have not received all my disclosure nor did They put in the motions I ask to put in.

Daniel D Maynard and Daniel R Drake are Constantly lying to me and not doing what I asked. I believe that Daniel D. Maynard and Daniel R Drake is working with the prosecutor in Sabotaging my Case. This Relationship is toxic between Daniel D. Maynard and Daniel R Drake and I. I don't trust them I fear for my life keeping them as my attorney's. Please remove Daniel D. Maynard and Daniel R Drake off my Case.

There was a Conflict of interest with my attorney and it Started in 2018 When Jailhouse informant's accused me of saying that I Wanted to kill my attorney I Signed the Conflict Waiver in August 2020 and didn't Know for 2 years it was a Conflict of interest They worked on my Case filed briefs and motion and handle my evidentiry hearing There Sabotaging my Case please remove Daniel D Maynard and Daniel R Drake off my case.

# CERTIFICATE OF SERVICE

I certify that a copy of this Conflict of interest was served by and through the USPS (US Mail) upon the named and listed individuals below.

Executed on this 6 day of September 2021.

By: *Abdul Malik Abdul Kareem*
Abdul Malik Abdul Kareem

UNITED STATES DISTRICT COURT For The DISTRICT OF ARIZONA-(PHOENIX)
CLERK OF COURT
401 W. WASHINGTON STREET
SUITE 130
Phoeniz, Arizona 85003

Abdul Malik Abdul Ka[...]
Federal Correctional Institution
37010 N. 45th Ave
Phoenix, AZ 85086
United States

7020 0640 0002 2709 5082




FILED ___ LODGED ___
RECEIVED ___ COPY ___
SEP 13 2021
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

ClERk of The CouRT
U.S. DistRicT CouRT
DistRicT of ARizona-(PHoEnix)
401 W. WashingTon StReet #130
PHoenix, AZ 85003