DONNA LEE ELM
Law Practice of Donna Elm
Arizona Bar No. 012127
1465 W. Wagon Wheel Rd.
Cottonwood, AZ 86326
(602) 299-7022
donnaelm1014@gmail.com
*Attorney for Defendant Abdul Kareem*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| United States of America, | No. 2:15-cr-00707-SRB |
|---|---|
| Plaintiff, | **MOTION TO APPOINT COUNSEL FOR LIMITED ETHICAL RESPONSIBILITY** |
| vs. | |
| Abdul Malik Abdul Kareem, | |
| Defendant. | |

The defendant, Abdul Malik Abdul Kareem, by and through his counsel, hereby moves this Honorable Court to reappoint undersigned counsel as CJA attorney for Mr. Abdul Kareem for a limited purpose that would include no litigation. Mr. Abdul Kareem has never had much of his discovery in this case; trial counsel brought him some materials to review, but that was many years ago, and he was unable to keep them while in Fourth Avenue Jail. Obviously with the terabytes of discovery in this case, he has not been able to review much of it. He has long complained that he cannot review his discovery. He is entitled to have a copy of his discovery, and it is now much easier for him to access it since BOP facilities allow him to review discovery placed on an external drive in their computer systems. Since the drive is in the prison's control, the Protective Order would

1

be maintained. Counsel would only have to load discovery onto a hard drive and send it to BOP.

Undersigned counsel was given the paper file and disks/drives of discovery that trial counsel kept (30+ boxes) for purposes of the Rule 33 motion appellate counsel filed in this Court in 2023. It is not complete, but it is considerably more than the client has seen previously. Therefore, appellate counsel has possession of much of the discovery that her client wishes to access.

The defense inquired of the government whether they could copy the discovery that is in their data bank onto a hard drive supplied by the defense (not the CDs of discovery which counsel for Mr. Kareem already has). They were not able to comply given the impact of current policy and personnel changes on their capacity at this time. They did offer that when the defense found missing Bates numbers, they would try to find it for us.

Pursuant to Arizona Rules of Professional Responsibility 1.16(d), the client owns the entirety of a lawyer's file. Furthermore, upon his request, the client is entitled to a copy of the entire file.  The comment to that rule clarifies that documents the client is entitled to include discovery and evidence. This conclusion has been supported by Arizona Ethics Opinions 08-02 and 13-02.

Therefore, pursuant to Mr. Abdul Kareem's clear demand for his discovery, and its possession by present counsel, it is incumbent on present counsel as her ethical duty to provide her client with the discovery that trial counsel maintained and turned over to appellate counsel. Note that the defense does not intend that *all* discovery whatsoever go to the client at this point, just discovery *relevant* to the trial and motions, so that the client is better informed.

As a result, counsel requests that this Court appoint her per under the Criminal Justice Act, limited to hiring and reviewing work of a paralegal or legal assistant who can assemble electronically the discovery for the client. The defense had a paralegal who worked on the case earlier who is already familiar with the file and could be hired to do this work at the standard CJA rate. Undersigned counsel's role would be truly minimal – administrative aspects of hiring/billing and then directing her with what to include.

THEREFORE, the defense asks this Honorable Court to appoint undersigned counsel for the limited purpose of managing a paralegal who would be gathering and placing relevant discovery onto a drive that can be provided to the client. A proposed Order is attached.

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, I electronically transmitted the attached document to the Clerk's Office of the District Court in Phoenix, Arizona using the CM/ECF system for filing, and the registered participants will thus be served by the CM/ECF system. I further certify that on this day I placed a printed copy of this motion in the U.S. Mails to go to Mr. Abdul Kareem at FCI Otisville.

Date: February 3, 2025.

DONNA LEE ELM

*/s/ Donna Lee Elm*
Donna Lee Elm
*Counsel for Defendant Abdul Kareem*

3