DONNA LEE ELM
Law Practice of Donna Elm
Arizona Bar No. 012127
1465 W. Wagon Wheel Rd.
Cottonwood, AZ 86326
(602) 299-7022
donnaelm1014@gmail.com
*Attorney for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 2:15-cr-00707-SRB |
| Plaintiff, | **MOTION TO WITHDRAW FROM DISTRICT COURT REPRESENTATION** |
| vs. | |
| Abdul Malik Abdul Kareem, | |
| Defendant. | |

Mr. Abdul Kareem, through undersigned counsel, hereby moves this Honorable Court to allow his appellate counsel, Donna Lee Elm, to withdraw from the present limited representation in this case. The Court graciously appointed counsel to direct a paralegal to download relevant discovery onto an external drive so as to provide it to Mr. Abdul Kareem for review. That task is completed and counsel recently filed the evouchers for the work, designating the effort as terminated.

Therefore, the Court is respectfully asked to withdraw undersigned counsel from further representation. A proposed Order is attached.

Respectfully submitted this 18th day of April, 2025.

DONNA LEE ELM

*/s/ Donna Lee Elm*
Donna Lee Elm
*Counsel for Defendant Abdul Kareem*

**CERTIFICATION OF SERVICE**

Undersigned counsel certifies that this document, filed in CM/ECF, will be electronically served on all parties to this case on the same day as filing. Counsel additionally certifies that on the same date, she placed a printed copy of this motion in the U.S. Mails addressed to Mr. Abdul Kareem.

Respectfully submitted on April 18, 2025.

DONNA LEE ELM

*/s/ Donna Lee Elm*
Donna Lee Elm
*Counsel for Defendant*

`

2